# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARK BUTLER                                                      PLAINTIFF
#888111

v.                       No. 3:19-cv-256-DPM

MARTY BOYDE, Sheriff, Craighead
County;  KEITH BOWWERS, Captain,
Craighead County Detention Center;
and BROWN, Maintenance Supervisor,
Craighead County Detention Center                                DEFENDANTS

## ORDER

Butler hasn't objected to the supplemental recommendation; instead, his mail is now being returned undelivered. № 9. On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation and supplement, № 5 & № 8. FED. R. CIV. P. 72(b)(3). Butler is a three-striker and hasn't shown imminent danger; his complaint will therefore be dismissed without prejudice. 28 U.S.C. § 1915(g). His motions for leave to proceed *in forma pauperis* and to reopen, № 4 & № 6, are denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019