IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JOENSBORO DIVISION

MARK BUTLER                                                    PLAINTIFF
#888111

v.                          No. 3:19-cv-256-DPM

MARTY BOYDE, Sheriff, Craighead
County;  KEITH BOWWERS, Captain,
Craighead County Detention Center;
and BROWN, Maintenance Supervisor,
Craighead County Detention Center                              DEFENDANTS

## JUDGMENT

Butler's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019